1  WILLIAM J. PORTANOVA, SBN 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4
   Attorney for Defendant Barbara Eberle
5
   Patrick K. Hanly, SBN 128521
6  Attorney at Law
   980 Ninth Street, 16th Floor
7  Sacramento, CA 95814
   (916) 773-2211
8  (916) 449-9543 fax

9  Attorney for Defendant Robert Eberle

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   CR-S-07-0366-GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| BARBARA EBERLE and ROBERT EBERLE | ) | **RE: CONDITIONS OF PRE-TRIAL RELEASE** |
| Defendants. | ) | Date: January 11, 2008<br>Time: 9:00 a.m. |

Defendants Barbara Eberle and Robert Eberle and the United States of America, by and through their undersigned counsel, hereby stipulate and agree that the terms of their pre-trial release may be modified as follows:

Special Condition of Release number 8 as presently written imposes a One Thousand Dollar limit on individual financial transactions. By this proposed order, this limit may be raised to Twenty Five Hundred Dollars Dollars.

//

Special Condition of Release number 7 prohibits the sale of securities or any other investments.  By this proposed order, Barbara Eberle will be allowed to day-trade in her stock-trading accounts ( 1) E-Trade Financial Account in the name Barbara Eberle, which includes brokerage account number 6899-4732, checking account number 2009511227, and savings account number 2015894223; and 2) Think or Swim Financial Account, also in the name of Barbara Eberle, account number 37643715).

These two accounts are to be exempted from the financial restrictions imposed by the Court in Special Conditions of Release numbers 7 and 8, so long as the trading is accomplished within the accounts and with the understanding that Barbara Eberle will not dissipate the assets of the accounts.  She will also be required to continue to report weekly to Pre-Trial Services on these issues.

Respectfully submitted,

DATED: October 1, 2007

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Barbara Eberle

DATED: October 1, 2007

/s/ Patrick K. Hanly
_____
PATRICK K. HANLY
Attorney for Defendant Robert Eberle

DATED: October 1, 2007

/s/ Matthew Stegman (by WJP)
_____
MATTHEW STEGMAN
Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED: 10/11/07**   **/s/ Gregory G. Hollows**
_____
**THE HON. GREGORY G. HOLLOWS**
**United States District Court Magistrate Judge**

eberle.ord