```
PATRICK K. HANLY (#128521)
980 Ninth St., 16th Floor
Sacramento CA 95814
(916)773-2211

Attorney for Defendant
ROBERT EBERLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) C.R. No. S. 07-366 GEB |
| Plaintiff, | ) |
| | ) |
| v. | ) WAIVER OF PERSONAL APPEARANCE |
| | ) |
| ROBERT EBERLE. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant Robert Eberle hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney as if he were personally present; and further agrees to be present in person in court ready for trial on any date which the Court may set in his absence.

1  Dated: 8/28/08                          By: /s/ Robert Eberle
2  Dated: 8/28/08                          By: /s/ Patrick K. Hanly
3
4
5  **IT IS SO ORDERED, with the understanding that the defendant will**
6  **appear at the trial confirmation, unless an order issues allowing**
7  **defendant to waive that appearance.  See Rule Crim 17.1-450.**
8  **Dated:  August 28, 2008**
9
10                          _____
                            GARLAND E. BURRELL, JR.
11                          United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28