Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Robert Eberle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>           Plaintiff,                           )<br>                                                          )<br>      vs.                                            )<br>                                                          )<br>ROBERT EBERLE, BARBARA EBERLE,  )<br>                                                          )<br>and MARK WOLOK ,                        )<br>                                                          )<br>           Defendants.                        )  | Case No. 07-0366 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |

It is hereby stipulated by and between Timothy E. Warriner, counsel for Robert Eberle, Joseph Wiseman, counsel for Barbara Eberle, Christopher Haydn-Myer, counsel for Mark Wolok, and Lee Bickley, counsel for the government, that the judgment and sentencing date now set for July 19, 2013 be continued to October 4, 2013 at 9:00 a.m. The purpose of the continuance is to afford defense counsel additional time to respond to the draft presentence investigation report, to confer with their clients, and to prepare for imposition of judgment and sentence. The parties stipulate that the court shall adopt the following schedule concerning the presentence investigation report:

Judgment and Sentencing Date:              October 4, 2013

Reply or Statement of Non-Opposition:     September 27, 2013

\\\

1

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and opposing Counsel no later than: | September 20, 2013 |
| The Presentence Report shall be filed With the Court and disclosed to counsel No later than: | September 13, 2013 |
| Counsel's written objections to the Presentence Report (already disclosed to Counsel) shall be delivered to the Probation Officer and opposing Counsel no later than: | September 6, 2013 |

DATED: June 26, 2013        /s/ Timothy E. Warriner, Attorney for Defendant, Robert Eberle

DATED: June 26, 2013        /s/ Joseph J. Wiseman, Attorney for Defendant, Barbara Eberle

DATED: June 26, 2013        /s/ Christopher Haydn-Myer, Attorney For Defendant, Mark Wolok

DATED: June 26, 2013        /s/ Lee S. Bickley, Attorney for the Government

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that the judgment and sentencing hearing for defendants Robert Eberle, Barbara Eberle, and Mark Wolok, now scheduled for July 19, 2013, is continued to October 4, 2013 at 9:00 a.m. The court adopts the schedule concerning the presentence investigation report pursuant to the parties' stipulation.

**Date: 6/26/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge