Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Robert Eberle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 07-0366 GEB
) 
Plaintiff, ) STIPULATION AND [PROPOSED] ORDER
) CONTINUING DATE FOR JUDGMENT
vs. ) AND SENTENCING
)
ROBERT EBERLE, and BARBARA )
EBERLE, )
)
Defendants. )

It is hereby stipulated by and between Timothy E. Warriner, counsel for Robert Eberle, Joseph Wiseman, counsel for Barbara Eberle, and Lee Bickley, counsel for the government, that the judgment and sentencing date now set for October 4, 2013 be continued to December 6, 2013 at 9:00 a.m. The purpose of the continuance is to afford defense counsel additional time to confer with their clients, and to prepare for imposition of judgment and sentence. The parties stipulate that the court shall adopt the following schedule concerning the presentence investigation report:

Reply or Statement of Non-Opposition:                 October 18, 2013

Motion for Correction of the Presentence
Report shall be filed with the Court and
Served on the Probation Officer and opposing
Counsel no later than:                                October 11, 2013

\\\

1

| | |
|---|---|
| The Presentence Report shall be filed With the Court and disclosed to counsel No later than: | October 4, 2013 |
| DATED: September 24, 2013 | /s/ Timothy E. Warriner, Attorney for Defendant, Robert Eberle |
| DATED: September 24, 2013 | /s/ Joseph J. Wiseman, Attorney for Defendant, Barbara Eberle |
| DATED: September 24, 2013 | /s/ Lee S. Bickley, Attorney for the Government |

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that the judgment and sentencing hearing for defendants Robert Eberle and Barbara Eberle, now scheduled for October 4, 2013, be continued to December 6, 2013 at 9:00 a.m. The court adopts the schedule concerning the presentence investigation report pursuant to the parties' stipulation.

Dated: September 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge