Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Robert Eberle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT EBERLE,<br><br>    Defendant. | Case No. 07-0366 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING OF ROBERT EBERLE |

   It is hereby stipulated by and between Timothy E. Warriner, counsel for Robert Eberle, and Lee Bickley, counsel for the government, that the judgment and sentencing date for Mr. Eberle, now set for December 6, 2013, be continued to March 7, 2014 at 9:00 a.m. The continuance is requested to allow Robert Eberle to have a heart bypass operation on November 19, 2013. The government does not object to a continuance for this purpose.

   Dr. Allan Treadwell, M.D., the court appointed defense medical evaluator, has reviewed Mr. Eberle's medical records, and has conferred with Mr. Eberle's cardiologist and cardiac surgeon. Dr. Treadwell has reported that Mr. Eberle suffers from severe coronary artery disease, and that Mr. Eberle is at a high risk for having a fatal heart attack. Dr. Treadwell also reports that a bypass operation is necessary to restore circulation to the heart, and that flying from Georgia to California or stressful events will increase the oxygen demand on the heart, and could trigger a

1

heart attack. Defense counsel, and Dr. Treadwell, has confirmed that a bypass operation is scheduled for November 19, 2013, and that a three-month recovery period is expected. The surgeon performing the operation is Dr. James. R. Kauten, MD, of the Piedmont Heart Institute Surgeons Group, in Atlanta, Georgia. Mr. Eberle resides in Covington, Georgia.

It is respectfully requested that the court permit a continuance of Mr. Eberle's sentencing to March 7, 2014.

DATED: October 21, 2013                    /s/ Timothy E. Warriner, Attorney for
                                           Defendant, Robert Eberle

DATED: October 21, 2013                    /s/ Lee S. Bickley, Attorney for the
                                           Government


## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that the judgment and sentencing hearing for defendant Robert Eberle now scheduled for December 6, 2013, be continued to March 7, 2014 at 9:00 a.m.

Dated:  October 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge