Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Robert Eberle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT EBERLE,<br><br>　　　　　Defendant. | Case No. 07-0366 GEB<br><br>DEFENDANT ROBERT EBERLE'S EX PARTE APPLICATION FOR TRAVEL EXPENSES AND PROPOSED ORDER<br><br>Time: 9:00 a.m.<br>Date: March 7, 2014<br>Judge: Garland E. Burrell, Jr. |

**INTRODUCTION**

　　Defendant Robert Eberle hereby requests the Court authorize travel expenses to and from this court for the purpose of attending his Judgment and Sentencing hearing, pursuant to 18 U.S.C. § 4285. Mr. Eberle is unable to afford his own transportation costs from his residence to the sentencing scheduled for March 7, 2014.

　　Under § 4285, the Court may, after determining that "the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States Marshal to furnish that person with an amount of money

1

for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of title 5, United States Code." 18 U.S.C. § 4285.

Mr. Eberle qualifies for appointed counsel under the Criminal Justice Act. He is unemployed and is recovering from heart bypass surgery. He lives with his wife, a co-defendant, in Oxford, Georgia. Though he has paid his own way to California for previous court appearances, due to his medical bills, he can no longer afford the airfare to and from Atlanta, Georgia, to Sacramento, California. The court has issued an order paying for the co-defendant's travel expenses/subsistence.

For these reasons, Mr. Eberle respectfully requests that the Court order the United States Marshal's Service to provide transportation to and from Sacramento, California, for Mr. Eberle's sentencing hearing on March 7, 2014, as well as provide subsistence expenses for travel.

DATED: February 7, 2014                    /s/ Timothy E. Warriner, Attorney for
                                               defendant, Robert Eberle

## ORDER

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

GOOD CAUSE APPEARING, it is hereby ordered that the United States Marshal Service is authorized and directed to furnish the above named defendant, Robert Eberle, with transportation to Sacramento, California, from Atlanta, Georgia, on Thursday, March 6, 2014, and returning to Atlanta, Georgia, on March 7, 2014. Mr. Eberle is ordered to appear before this court on March 7, 2014, at 9:00 a.m., and is unable to afford his own transportation.

Further, the United States Marshal Service is directed to furnish Robert Eberle with an amount of money for subsistence expenses to and from his destination, not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of Title 5, United States Code.

IT IS SO ORDERED.

Dated:  February 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge