UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-cr-00366-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT EBERLE, BARBARA EBERLE, | |
| Defendants. | |

This action is scheduled on March 7, 2014, for sentencing and for hearing on Defendants Robert Eberle and Barbara Eberle's request to substitute appointed counsel. In connection with these proceedings, Defendants, *in propria persona*, submitted correspondence directly to the undersigned judge. Further, Defendants have asked, through counsel, to vacate the sentencing hearing in light of their request for new counsel. These two matters are addressed below.

**A. Defendants' *In Pro Per* Correspondence**

On February 26, 2014, the Court received, via priority mail, correspondence from Defendants Robert Eberle and Barbara Eberle *in propria persona*. The correspondence consists of a two-page letter from Defendants addressed to the undersigned judge and a copy of a two-page letter sent by Defendant Robert Eberle

1

1 | to his counsel, Tim Warriner.
2 | In essence, Defendants argue in the correspondence that
3 | their attorneys have provided "ineffective legal counsel" and
4 | that they were coerced into entering into their plea agreements.
5 | It appears Defendants ultimately seek either to withdraw their
6 | guilty pleas or mitigate the sentences imposed with the
7 | information and arguments contained in the correspondence.
8 | Accordingly, the referenced correspondence shall be filed on the
9 | public docket.
10 | "[T]he public and the press have a right of access to
11 | criminal proceedings and documents filed therein." CBS, Inc. v.
12 | U.S. Dist. Ct. for C.D. of Cal., 765 F.2d 823, 825 (9th Cir.
13 | 1985). "The right of access is grounded in the First Amendment
14 | and in common law," and applies "to post-conviction proceedings."
15 | Id. "This right of access extends to materials submitted to the
16 | Court in connection with sentencing that the Court is asked to
17 | consider." United States v. King, No. 10 Cr. 122(JGK), 2012 WL
18 | 2196674, at *1 (S.D.N.Y. June 15, 2012); see also United States
19 | v. Rivera, 682 F.3d 1223, 1229 (9th Cir. 2012) ("[T]he First
20 | Amendment right of access applies to sentencing proceedings.").
21 | The right of access also extends to materials that form the basis
22 | of a request for relief. See United States v. Gonzalez, 927 F.
23 | Supp. 768, 783 (D. Del. 1996) ("The public has a right to know
24 | the basis for [a motion] . . . , if [it] is granted. Similarly,
25 | the public has the right to know why [a motion is] not
26 | granted . . . ."); United States v. Harris, 707 F.2d 653, 662 (2d
27 | Cir. 1983) ("[O]ur legal system is rooted in the idea that facts
28 | are best determined in adversary proceedings . . . .").

1       Since it is clear Defendants submitted the referenced
2 correspondence to influence the Court's decision making in this
3 action, and no overriding right or interest outweighing the right
4 to access has been shown, the correspondence shall be made
5 public. Defendants' letter addressed to the undersigned judge has
6 been redacted to remove Defendants' cellular telephone numbers.

7     **B.**    **Request to Vacate Sentencing Hearing**

8       Defendants, through counsel, "request that the
9 Sentencing Hearing . . . be vacated in light of the defendants'
10 request for new counsel." (Defs.' Req. to Vacate Sentencing Hr'g,
11 ECF No. 332.)

12       Defendants' request is denied since the current record
13 does not show Defendants are entitled to new appointed counsel.
14 See United States v. Mendez-Sanchez, 563 F.3d 935, 942 (9th Cir.
15 2009) (stating legal standard in deciding whether to grant a
16 motion for substitution of appointed counsel). Should Defendants'
17 request for substitute counsel be granted, sentencing may be
18 continued at that time. However, Defendants should be prepared to
19 proceed with sentencing on March 7, 2014, in the event their
20 request for substitute counsel is denied.

21 Dated:  February 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3