Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Robert Eberle

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>ROBERT EBERLE,<br><br>     Defendant. | Cr.S. 07-366 GEB<br><br>**ORDER** |

**GOOD CAUSE APPEARING** the Court orders the court reporter to

prepare the sealed portion of the transcript of the *in camera* hearing held on

March 7, 2014, and to provide a copy to attorney Krista Hart after payment

of any required fee. The Court orders the transcript to otherwise remain

sealed unless and until appellant introduces the issue into the appeal.

Dated:  April 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge