PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>ROBERT EBERLE,<br>BARBARA EBERLE,<br>CLIFFORD PALM,<br>ROBERT KOPPEL, and<br>MARK ERIC WOLOK,<br><br>               Defendants. | CASE NO. 2:07-cr-00366-KJM<br><br>ORDER |

**O R D E R**

This matter came before the Court on the United States' request to correct the judgment as to the defendants Mark Eric Wolok, Robert Eberle, Barbara Eberle (now Barbara Ann McClure), Robert Koppel, and Clifford Palm in this case (Docs. 298, 352, 353, 297, and 306) to clarify that, to the extent the defendants Mark Eric Wolok, Robert Eberle, Barbara Eberle (now Barbara Ann McClure), Robert Koppel, and Clifford Palm owe restitution debts to the same victims, the restitution orders are joint and several as to the defendants Mark Eric Wolok, Robert Eberle, Barbara

1

Eberle (now Barbara Ann McClure), Robert Koppel, and Clifford Palm in this case.  In addition, the $116,572 restitution obligation for Clifford Palm owed to G. Goodrich should be distributed $96,000 to G. Goodrich and $20,572 to his wife Lorraine Goodrich.  This Order does not change the amount of any defendant's restitution or otherwise modify the judgments or restitution ordered in this case as to any defendant.

     IT IS SO ORDERED.

DATED:  June 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE